**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISRTICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

    ANDREA EUGENE NELSON                     Case No. 08-44118
          Debtor                                           Chapter 13

_____

ANDREA EUGENE NELSON,

       Plaintiff

                                                        Adv. Case No. 08-4306
vs.                                                  HON. MARCI B. McIVOR

LVNV FUNDING, LLC and
LAW OFFICES OF MICHAEL R. STILLMAN, P.C.

       Defendants.

_____

CHRISTOPHER P. AIELLO, P.C.
By:     Aaron D. Geyer (P 39889)
Attorney for Plaintiff-Debtor
32411 Mound Road
Warren, Michigan 48092
(586) 303-2211

David Wm. Ruskin
Chapter 13 Trustee
26555 Evergreen Road, Suite 1100
Southfield, Michigan 48076-4251
(248) 352-7755

_____

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

1.     **LVNV Funding LLC**

        a. Pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure, on

March 13, 2008, a copy of the Summons (issued on March 13, 2008) along with a copy of the Complaint and the corresponding attachments were mailed to the Creditor at the address indicated for the Registered agent: C.T. Corporation, 75 Beattie Place, Greenville, SC 29602.

   b. Additional service was provided to the Creditor by mailing a copy of the Summons and Complaint and the corresponding attachments to Resurgent Capital Services at 15 South Main Street, Suite 600 Greenville, SC 29601.

2. **Law Offices of Michael R. Stillman, P.C.**

   a. Pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure, on March 13, 2008, a copy of the Summons (issued on March 13, 2008) along with a copy of the Complaint and the corresponding attachments were mailed to the Creditor at the address indicated for the Registered agent: Michael R. Stillman, 7091 Orchard Lake Road, Suite 270, West Bloomfield, Michigan 48322

3. **United States Trustee**

   Pursuant to Rule 7004(b)(10) of the Federal Rules of Bankruptcy Procedure, on March 13, 2008, a copy of the Summons (issued on March 13, 2008) along with a copy of the Complaint and the corresponding attachments were mailed to the United States Trustee at 211 West Fort Street, Suite 700, Detroit, Michigan 48226.

4. **David Wm. Ruskin**

   Pursuant to Local Rule 7004-1(a) (EDM), on March 13, 2008, a copy of the Summons (issued on March 13, 2008) along with a copy of the Complaint and the corresponding attachments were mailed to the Chapter 13 Trustee at 26555 Evergreen Road, Suite 1100, Southfield, Michigan 48076-4251

CHRISTOPHER P. AIELLO, P.C.

Dated: 3-13-2008   /s/ Aaron D. Geyer
   _____
   Aaron D. Geyer (P 39889)
   Attorney for Plaintiff
   32411 Mound Road
   Warren, Michigan 48092
   Phone: (586) 303-2211
   Email: Aaron@chrisaiello.com